Beatriz Biscardi Andre, CA SBN 367034
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone: (786) 648-5806
Email: beatriz.andre@eeoc.gov

Sophia Tarazi, CA SBN 329721
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
550 West C Street, Suite 750
San Diego, CA 92101
Telephone: (213) 785-1614
E-mail: sophia.tarazi@eeoc.gov

Lorena Garcia-Bautista, CA SBN 234091
lorena.garcia@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br><br>  vs.<br><br>WISH FARMS CA LLC, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:26-cv-06528<br><br>**NOTICE OF ERRATA RE: NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; EXHIBITS A & B; AND [PROPOSED] ORDER** |

**TO THE HONORABLE U.S. DISTRICT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") submits this notice of errata to correct an error related to the filing of the Notice of Lodging and the attached [Proposed] Consent Decree, Exhibits A & B, and [Proposed] Order (Dkts. 4 and 4-1) which attached the unsigned version of the [Proposed] Consent Decree.  Instead, the EEOC respectfully directs the Court's attention to the EEOC's corrected notice with the correct signed version of the [Proposed] Consent Decree, which is being concurrently filed.

Dated:  June 16, 2026                              Respectfully Submitted,

                                                   U.S. EQUAL EMPLOYMENT
                                                   OPPORTUNITY COMMISSION


                                          By:      _/s/ Beatriz B. Andre_____
                                                   Beatriz B. Andre
                                                   Acting Regional Attorney
                                                   EEOC-Los Angeles District Office

1